Mount Sinai
MEDICAL CENTER

July 7, 2015

Diener Benguria
[redacted]

Patient Name: Diener Benguria
Account #: [redacted]
Date of Service: 07/31/14
Balance Due: $100.00

Dear Diener Benguria,

Thank you for choosing Mount Sinai Medical Center. This is to inform you that you have an outstanding balance of $100.00 due for the above referenced account. A return envelope is enclosed for your convenience to remit payment.

For your convenience, we accept Visa/Master Card, American Express, Discover, or you may pay by check, made payable to **Mt Sinai Medical Center.** Please mail all payments to the address below, and include your account number on the check or money order.

**Mount Sinai Medical Center**
1007 North Federal Highway, Suite #280
Fort Lauderdale, FL 33304

If you have any questions, please call our Customer Service Department at 1-800-275-7014, ext. 5410 during the hours of 8:45 am to 4:45 pm, EST, Monday through Friday.

Thank you for choosing our facility for your health care needs.

Sincerely,

Amir W.
Account Representative

Mount Sinai Campus
4300 Alton Road
Miami Beach, FL 33140
Phone: 305-674-2121
www.msmc.com